United States District Court
Southern District of Texas
**ENTERED**
November 28, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| ERIC GRAHAM LANGSTON, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:22-cv-00126 |
| | § | |
| AMERICAN NATIONAL PROPERTY | § | |
| AND CASUALTY CO., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the Court's Opinion and Order entered earlier today, this matter is dismissed.

This is a final judgment.

The Clerk will provide copies of this judgment to the parties.

SIGNED this **28** day of November 2023.

ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE